IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WONDER TWINS HOLDINGS LLC,<br><br>    Plaintiff,<br>v.<br><br>DANIEL KANTER, ET AL.,<br><br>    Defendants. | Civil Action No.: 1:19-cv-00026-LBJ |

**PRAECIPE SUBMITTING AFFIDAVIT OF SERVICE UPON DANIEL KANTER**

Plaintiff, Wonder Twins Holdings LLC, by and through its undersigned counsel, hereby submits the attached affidavit of service upon Defendant Daniel Kanter.

Date: February 4, 2019

Respectfully Submitted,

*/s/ Brian W. Thompson*

Brian W. Thompson, Esquire
D.C. Bar #496467
JACKSON & CAMPBELL, P.C.
1120 20th Street, NW, South Tower, Ste. 300
Washington, DC 20036
(202) 457-1600
(202) 457-1678 (fax)
bwthompson@jackscamp.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of Feburary, 2019, I served Andew J. Narod, Esquire, counsel for New Penn Financial LLC and U.S. Bank National Association as Trustee for Bluewater Investment Trust 2018-A, with a copy of this Praecipe and attached affidavit via ECF and the following parties by first-class mail, postage prepaid:

Daniel Kanter
8000 Victoria Place
Montreal, Quebec, H4Z 1M1

Abby Myonihan, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Chasity Brown, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Kyle J. Moulding, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Laura H.G. O'Sullivan, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Michael T. Cantrell, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Tiffany Fields, Substitute Trustee
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, #800
Laurel, MD 20707

Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

4193994v.1

Joan H. Anderson, Trustee
c/o Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Mortgage Electronic Registration Systems, Inc.
c/o Timothy Renner
1818 Library Street, Suite 300
Reston, VA 20190

Unit Owners Assoc. of the Langston Hughes Condominium
1390 V Street NW
Washington, DC 20009

*/s/ Brian W. Thompson*

Brian W. Thompson

4193994v.1

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION

**WONDER TWINS HOLDINGS LLC**
**Plaintiff**

**Notice Number: 2018 CA 008496**
**R (RP)**

**vs**

**DANIEL KANTER**
**Defendant**

**AFFIDAVIT OF SERVICE**

Now comes, Yan Lavergne the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Montreal, Quebec, .

I, Yan Lavergne certify that on, **01/07/2019**, at **3:45 PM**, I served a copy of the within *Summons, Amended Complaint for Declaratory Judgment and Quiet Title, Exhibits 1-6, Addendum to Initial Order Affecting all Medical Malpractice Cases, Initial Order and Addendum* upon the within named **Daniel Kanter, Assistant General Counsel, Chief Counsel Global Antitrust**, in the following manner,

**(xx)** PERSONAL SERVICE: Through Personal Delivery of each document, a true copy to the party named herein.

Said service was effected at the following location: **International Air Transport Association, 8000 Victoria Place, Montreal, Quebec, H4Z 1M1.**

I, Yan Lavergne describe the individual accepting service **Daniel Kanter** as follows: **Daniel Kanter** is a White Male, approximately 39 yrs. old, with Brown hair, approximately 5'9" and weighing 16-0 lbs.

I, Yan Lavergne certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
this 10th day of January, 2019

Daphna Gauthier, *Notary Public*
*Commission Expires*

146 626
Daphna
Gauthier

41934

**Yan Lavergne**
420 rue Marie-Morin, Suite 100
Montreal, Qc. H2Y3P8