**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| WONDER TWINS HOLDINGS LLC,<br><br>          Plaintiff,<br>v.<br><br>DANIEL KANTER, et al.,<br><br>          Defendants. | Case No.: 1:19-cv-00026-(FYP) |

## STATUS REPORT

Plaintiff/Counter-Defendant Wonder Twins Holdings, LLC ("Plaintiff") and Defendant/Counter-Plaintiff Fay Servicing ("Defendant") hereby jointly file this Status Report as requested by the Court at the Minute Order entered April 15, 2022.  Plaintiff and Defendant file this report to inform the Court that, as of this date, Plaintiff and Defendant continue discussions regarding a potential settlement agreement framework between them and another party.  The Plaintiff and Defendant will continue confer as to whether a settlement is possible in this matter.

                                        Respectfully Submitted,

                                        */s/ Ian G. Thomas*

                                        Ian G. Thomas, Esq. (#1021680)
                                        Tracy Buck, Esq. (#1021540)
                                        OFFIT KURMAN, P.A.
                                        1325 G Street, NW – Suite 500
                                        Washington, DC 20005
                                        (202) 900-8597
                                        (301) 907-8101 (fax)
                                        ithomas@offitkurman.com
                                        tracy.buck@offitkurman.com
                                        *Counsel for Plaintiff*

/s/ Andrew J. Narod

Andrew J. Narod, Esq. (D.C. Bar 1006083)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
Tel: (202) 719-8271
Fax: (202) 719-8271
Email: anarod@bradley.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2022, a true and correct copy of the foregoing was filed through the Court's CM/ECF system and electronically served upon all registered parties in this matter. A copy was also sent to Defendant Daniel Kanter via mail at 8000 Victoria Place, Montreal, Quebec, H4Z 1M1.

/s/ Ian G. Thomas

Ian G. Thomas